| | |
|---|---|
| BERNEST HEWETT, ) <br> NAACP #5452 ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> M. WILLIAM SUE, PHIL NORRIS, ) <br> JOHN MARTIN COOKE, JR., SCOTT ) <br> PHILLIPS, MARTY LAWING and ) <br> HEWEY MARSHAL, ) <br> Defendants. ) | **JUDGMENT** <br> No. 7:12-CV-325-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the application to proceed in forma pauperis as it is filed on behalf of Bemest Hewett individually, it is ALLOWED. The Complaint, however, is DISMISSED as frivolous pursuant to § 1915( e )(2)(B). The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on October 30, 2013, and Copies To:**

Bernest Hewett (P.O. Box 364, Supply, NC 28462)

DATE                                                                          JULIE A. RICHARDS, CLERK
October 30, 2013                                                        /s/ Susan K. Edwards
                                                                                       (By) Susan K. Edwards, Deputy Clerk